## ARMSTRONG *v.* NICHOLS and Another.

MARRIED WOMAN.—*Contract.*—*Separate Property.*—Where a note is executed by husband and wife jointly, the credit being given on account of the wife's responsibility, for the purchase-money of lands conveyed to the husband, but which are afterwards sold and the proceeds thereof applied to the wife's benefit; the wife is not liable on such note, nor can her lands or the profits thereof be charged therefor.

APPEAL from the Warren Common Pleas.

FRAZER, C. J.—This case is before us upon the evidence alone. It was a suit upon a note executed jointly by husband and wife, and the question is, whether the wife is liable, or her lands or the profits thereof can be charged, the credit having been given on account of her responsibility, for the purchase-money of lands conveyed to the husband, but which were afterwards sold, and the proceeds applied to her benefit.

The question depends entirely upon the statute laws of this State. The subject received very full consideration in *Kantrowitz* v. *Prather*, 31 Ind. 92, and the conclusion there reached forbids a recovery against the wife in the present case.

Affirmed, with costs.

*J. Buchanan,* for appellant.

*J. McCabe,* for appellee.